UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JOSHUA KELLY** and
**SIDNEY FLUELLEN,**
    **Plaintiffs,**

v.                                  Case No. 3:24-cv-29-HES-LLL

**OASIS MARINA LLC,**
    **Defendant.**
_____/

## O R D E R

**THIS CAUSE** is before the Court on the "Joint Motion to Vacate Judgment and To Enter Dismissal with Prejudice" (Dkt. 39).

Accordingly, it is **ORDERED**:

1.    The "Joint Motion to Vacate Judgment and To Enter Dismissal with Prejudice" (Dkt. 39) is **GRANTED**, and this action is dismissed with prejudice, with each party to bear its own fees and costs;

2.    The Judgment (Dkt. 37) was entered in error and so is **VACATED**; and

3.    The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this \_\_\_1st\_\_\_ day of October, 2024.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Shands M. Wulbern, Esq.
Suzzanne W. Decker, Esq.
James Michael Peabody-Harrington, Esq.